

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00029-CR

———————————————

BRANDON PAUL BRINK, Appellant

V.

THE STATE OF TEXAS

———————————————————————————

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1557096D

———————————————————————————

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 20, 2020